# UNITED STATES DISTRICT COURT
## THE CHARLES L. BRIEANT, JR.
### FEDERAL BUILDING AND UNITED STATES COURTHOUSE
### 3OO QUARROPAS ST.
### WHITE PLAINS, NEW YORK 10601
### 914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed:  June 21, 2021

United States District Court
Southern District of New York

--------------------------------------------------------X

United States of America,

          Plaintiff

    -against-

Emil Garcia

          Defendant

--------------------------------------------------------X

**SCHEDULING ORDER**

7:21-cr-00405-KMK

TO ALL PARTIES:

The Court has scheduled a change of plea hearing for 6/24/2021 at 3:30 pm before Magistrate Judge Paul E. Davison. The Court expects to conduct the proceeding in person at the Hon. Charles L. Brieant, Jr., Courthouse, 300 Quarropas Street, Courtroom 420, White Plains, NY 10601.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  The questionnaire is located on the Court's website at   https://nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf

Dated:  June 21, 2021
       White Plains, New York

                    SO ORDERED:

                    s/      PED

                    PAUL E. DAVISON
                    United States Magistrate Judge