

399 KNOLLWOOD ROAD, SUITE 220
WHITE PLAINS, NEW YORK 10603
Tel: 914.997.0555
Fax: 914.997.0550

35 Worth Street
New York, NY 10013
Tel: 646.398.3909

July 16, 2021

*Via ECF*

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      **Re:**    **United States v. Emil Garcia**
                **Docket No. 21-cr-0405 (KMK)**

Dear Judge Karas:

    I hereby respectfully petition the Court to give Defendant Emil Garcia permission to travel to the Dominican Republic from July 20, 2021 to August 20, 2021 to help his elderly mother establish new living arrangements. I also respectfully request that the Court grant Mr. Garcia permission to travel to Newark, New Jersey on July 20, 2021 for his departing flight. I have spoken with AUSA Matthew Andrews who has no objection, and Vincent Adams of the Pretrial Services Office who has no position regarding this request for travel.

    Thank you for your consideration of this request.

                                                 Very truly yours,

                                                 *Andrew C. Quinn*

                                                 Andrew C. Quinn, Esq.

ACQ:ma
cc: AUSA Matthew Andrews