

**MEMO ENDORSED**

399 KNOLLWOOD ROAD, SUITE 220
WHITE PLAINS, NEW YORK 10603
Tel: 914.997.0555
Fax: 914.997.0550

35 Worth Street
New York, NY 10013
Tel: 646.398.3909

August 23, 2021

*Via ECF*

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    **United States v. Emil Garcia**
              **Docket No. 21-cr-0405 (KMK)**

Dear Judge Karas:

    I hereby respectfully petition the Court to give Defendant Emil Garcia permission to travel to Maryland on August 25 to August 26, 2021, to allow him to assist his daughter move from New York, where she will begin training at the Maryland State Police Academy. I have spoken with AUSA Matthew Andrews who has no objection top this request.

    Thank you for your consideration of this request.

Very truly yours,

*Andrew C. Quinn*

Andrew C. Quinn, Esq.

ACQ:ma
cc: AUSA Matthew Andrews

SO ORDERED

KENNETH M. KARAS U.S.D.J.
8/24/2021