

399 KNOLLWOOD ROAD, SUITE 220
WHITE PLAINS, NEW YORK 10603
Tel: 914.997.0555
Fax: 914.997.0550

35 Worth Street
New York, NY 10013
Tel: 646.398.3909

October 6, 2021

*Via ECF*
The Honorable Kenneth M. Karas
United States District Court
Charles L. Brieant Jr. Federal Building
300 Quarropas Street
White Plains, New York 10601

      Re:    **United States v. Emil Garcia**
               **21-CR-0405 (KMK)**

Dear Judge Karas:

    As the Court is aware, the undersigned represents Defendant Emil Garcia in the above-referenced matter.

    As the Court is also aware, Defendant is scheduled for sentencing on October 19, 2021. I write to respectfully request that Defendant be given approval to file his Memorandum in Aid of Sentencing on ECF under seal. Defendant has had a lengthy and accomplished career as a police officer, and the memorandum includes sensitive information related to confidential law enforcement operations, which if released to the public, could place his and/or his family's safety at risk.

    Thank you for your time and attention to this matter. Should you require anything further, please feel free to contact the undersigned directly.

                                  Very truly yours,

                                  *Andrew Quinn*

                                  Andrew C. Quinn, Esq.

ACQ:ma
Cc:    AUSA Mathew Andrews *(via ECF and Email)*