

# THE QUINN LAW FIRM

399 KNOLLWOOD ROAD, SUITE 220
WHITE PLAINS, NEW YORK 10603
Tel: 914.997.0555
Fax: 914.997.0550

**MEMO ENDORSED**

35 Worth Street
New York, NY 10013
Tel: 646.398.3909

July 11, 2022

*Via ECF*
The Honorable Kenneth M. Karas
United States District Court
Charles L. Brieant Jr. Federal Building
300 Quarropas Street
White Plains, New York 10601

      Re:    **United States v. Emil Garcia**
                 **21-CR-0405 (KMK)**

Dear Judge Karas:

     As the Court is aware, the undersigned represents Defendant Emil Garcia in the above-referenced matter. Mr. Garcia has been released and we are requesting the release of his passport at this time. We have spoken with AUSUA Matthew Andrews and PTSO Vincent Adams who have no objection to this request.

     Thank you for your time and attention to this matter. Should you require anything further, please feel free to contact the undersigned directly.

Granted.

So Ordered.

*[signature]*

7/12/22

Very truly yours,

*Andrew Quinn*

Andrew C. Quinn, Esq.

ACQ:nc
Cc:   AUSA Matthew Andrews (*via ECF and Email*)
       PTSO Vincent Adams (*via ECF and Email*)

www.quinnlawny.com