

**THE QUINN LAW FIRM**

MEMO ENDORSED

399 KNOLLWOOD ROAD, SUITE 220
WHITE PLAINS, NEW YORK 10603
Tel: 914.997.0555
Fax: 914.997.0550

35 Worth Street
New York, NY 10013
Tel: 646.398.3909

August 5, 2022

Via ECF

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

        **Re:**   **United States v. Emil Garcia**
              **Docket No. 21-cr-0405 (KMK)**

Dear Judge Karas:

    As you are aware, the undersigned represents Defendant Emil Garcia ("Defendant") in the above referenced matter. Defendant respectfully submits this letter seeking removal of all travel restrictions imposed as part of his post release supervision. On June 24, 2021 Mr. Garcia entered a plea of guilty to Making False Statements to a Lender before United States Magistrate Judge Paul E. Davison. On October 19, 2021 he was sentenced to 90 days to be followed by two years of supervised release for Count 1. (Minute Entry:10/19/21). Mr. Garcia was released on June 29, 2022. For the following reasons, I respectfully petition the Court to remove the travel restrictions imposed upon Mr. Garcia.

    Emil Garcia has been served with his post release supervision conditions. They include travel restrictions to the Southern District of New York. Mr. Garcia's mother lives in Pennsylvania and he is primarily responsible for her care. His daughter lives in Maryland and he goes to visit her regularly. He also has property in the Dominican Republic, where he hopes to return to live out his retirement. He needs to travel there regularly to oversee the maintenance of the property and oversee renovations and repair.

    Given that he has completed his sentence, I respectfully request that the Court grant the request to remove the travel restrictions. I have spoken with AUSA Matthew Andrews who no objection to this request for removal of all travel restrictions.

    Thank you for your consideration of this request.

Granted.
So Ordered.
*[signature]*
8/5/22

Very truly yours,

*Andrew C. Quinn*

Andrew C. Quinn, Esq.

ACQ:nc
cc: AUSA Matthew Andrews

www.quinnlawny.com