```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA      :

        - v. -                :

RAFAEL DE LA CRUZ,            :

        Defendant.            :
- - - - - - - - - - - - - - - - x
```

**ORDER**

22 CR 304 (VM)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on December 15, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court;

WHEREAS, on January 11, 2023, this Court accepted the defendant's guilty plea:

WHEREAS, with the Government's consent, the defendant withdrew his guilty plea before a United States Magistrate Judge on July 24, 2023 and entered a new guilty plea;

WHEREAS, upon review of that transcript, this Court has determined that the defendant's request to withdraw his plea of guilty is fair and just, that the defendant entered his new guilty plea knowingly and voluntarily, and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's withdrawal of his original guilty plea is accepted and his entry of a new guilty plea is accepted, as well.

SO ORDERED:

Dated:    New York, New York
            August 2, 2023

_____
Victor Marrero
U.S.D.J.